Newspapers.com by Ancestry
https://ajc.newspapers.com/image/402889547/

Downloaded on Oct 16, 2025



**Start with the smallest debt** and develop a time frame to pay it off. Then, work on the next smallest bill, and so on. Focus on the smaller debts first to give yourself some early victories. That way, you will be motivated to work on the larger debts. Be patient. Remember, you did not get into debt overnight and it may take time to get out.

■

**Have a question for "Talking Money" columnist Charles Ross? Call 222-1892** and leave a message or write to Charles Ross, Personal Business section, Atlanta Journal-Constitution, P.O. Box 4689, Atlanta, Ga. 30302.

You can also leave questions on ACCESS ATLANTA with your computer and modem. Information, **Page A2.** Members, jump: Talking Money.



## Winners, losers

**Don't believe** everything you read, especially if it comes from a sweepstakes promoter, says Gene Tharpe. What's real is in the fine print.

PAGE E2



## Fresh look at utilities

**The smart money** is betting that utility stocks will provide investors with a lot of sizzle in the next century, reports Robert Luke.

PAGE E6



## When nice won't cut it

**She's the nicest** person you'd ever want to meet: Soft-spoken, conscientious, considerate. But she's also a terrible boss, Niki Scott says.

PAGE E16



## The mother of all audits

# The art of accumulation



FRANK NIEMEIR / Staff

**Buying a house** was a step Melody Horne took just months after a financial planning seminar encouraged the 25-year-old intern architect to focus less on spending and more on future goals.

## Building a nest egg is important issue for African-Americans

*Editor's note: This is the first of an occasional series on wealth focusing on African-Americans. Many black families, because of the history of slavery and generations of poverty, have been unable to accumulate and pass on wealth to their children. Now there is a rising black middle class struggling with these issues and trying to change the pattern. In this series, we hope to outline the issues African-American families face and offer ways to achieve financial security. Look for future installments in the Personal Business section.*

**By S.A. Reid**
STAFF WRITER

In 1993, Phyllis Starks owned about $15,000 worth of shoes, but she had only $4,000 in savings and investments.

"I was still trying to save a little," the 28-year-old employee benefits specialist said apologetically. "But I could have saved a lot more had I not been buying shoes."

BLACK WEALTH

Today, partly in response to a financial planning workshop, Starks socks away 25 percent of her salary. She also follows a strict budget. She's not alone. Increasing numbers of African-Americans are learning to shift their financial priorities from spending to wealth accumulation. Experts say that is critical to improving black individual and collective economic health.

"The civil rights movement has helped to advance us where we need to go," said Charles Ross, host of a nationally syndicated personal finance radio program and author of "Your Commonsense Guide to Personal Financial Planning."

But now, Ross said, "African-Americans must take personal responsibility to improve our financial life by saving and investing."

The resurgence of investment clubs and interest in financial planning seminars may be evidence of attitudinal changes, Ross suggests. This trend isn't lost on financial institutions eager to tap this historically underserved segment. A major reason: pressure to find new markets for expansion.

Prudential, for one, has launched an urban marketing initiative to increase its number of financial services offices in urban locations in Atlanta and elsewhere.

"At this point, the ethnic market is growing and has a large emerging middle class with the financial wherewithal," said Tom Morabito, senior vice president at Strategic Research Institute L.P. in New York.

"There's greater demand for services and for institutions to be there physically to serve them. The institutions are now listening."

More than 300 African-American women, including Starks, attended the "She Means Business" workshop on money and investing, sponsored by the Georgia Association of Black Women Attorneys last September. The financial experts were all black. Building on that success, the group will sponsor a similar seminar Saturday at the Fox Theatre. This one — "She Means Business & So Does He" — is for black men and black women.

Please see SAVING, E8 ▶

**Shoes or stocks:** Phyllis Starks once owned about $15,000 worth of footwear, but now invests the money more productively.



PHIL SKINNER / Staff




Source: U.S. Census Bureau

M.B. SABO / Staff

## To become wealthy, first change your habits

**By Robert Luke**
STAFF WRITER

Being wealthy means having lots of money.

Unless you inherit it, win the lottery or obtain it via nefarious ways, acquiring wealth usually means lots of hard work, sacrifice and determination.

You also have to know yourself.

"If you are unsure what is stopping you from becoming wealthy, you will remain a victim of money," says Martin J. Pring, author of "Investment Psychology Explained."

"If you do not know what you want from money, it is unlikely that you will be able to achieve your financial goals. To follow in the footsteps of the truly great traders and investors, you will have to change your habits and attitudes. Otherwise, you will remain at the starting gate."

First, set priorities.

For example, determine not to borrow money for anything, except to buy a house. If you don't have the money to buy something, save until you do.

Then follow these four steps to accumulating wealth, compiled by James E. Stowers, founder of the Twentieth Century group of mutual funds:

▶ Invest as early as possible. It takes a lot less money to accomplish what you want, and you have more time working for you.

▶ Be determined to save on a regular basis. It's an easy way to accumulate wealth.

▶ Begin investing with the largest possible sum you can. You will have more money working for you over a longer period.

▶ Invest at the highest rate of return you think you can safely get on your money over time. The higher the rate, the less money it takes to accomplish what you want.

Copyright © 2025 Newspapers.com. All Rights Reserved.

Attachment B

Newspapers by ancestry
https://ajc.newspapers.com/image/402889660/


Downloaded on Oct 16, 2025



# Saving: Putting money aside can require new outlook

▶ Continued from E1

Starks, at 28, is nowhere near retirement age. But already, she is fretting about saving for retirement as she watches relatives struggle during their golden years.

"I wish they had saved more, but back then they didn't have the money," Starks said. "I just want to be comfortable. I don't want to have that as a concern."

But African-Americans tend not to make saving and investing a priority, said Cherilynn Castleman, a seminar organizer and Prudential representative.

"Most are first generation investors and savers," she explained. "It's something we have to build confidence with. It's a learning experience."

### Comfort level

There's also a general tendency to put money in less liquid assets, such as homes, experts said. And, there's a tendency to squirrel money away in low-risk investments such as real estate, traditional savings accounts and life insurance, according to Margaret Simms, director of research programs for the Joint Center for Political and Economic Studies in Washington.

Historically, the lower the risk, the lower the return.

Karen Winstead, 34, once used that approach to saving. But a financial planning seminar convinced the Atlanta computer operator to do otherwise.

"It feels good," Winstead said. "I want to do more as time progresses and money frees up — like putting more into a 401(k) plan and buying more stock."

But not everyone can.

Experts cite lack of disposable income, or the lack of knowledge about financial products such as stocks and bonds. But even as African-Americans become more affluent and more savvy, the dearth of black financial planners and stockbrokers is also a hindrance, experts said.

Historically, for example, this community has had negative experiences with inexpensive "burial" or "dime" insurance policies — and the agents that sold them. For many, this was their only contact with financial professionals. As a result, some black people aren't comfortable discussing their money with white financial experts.

"We usually look to someone like ourselves, someone we can relate to, someone we feel has our best interest at heart," Castleman observed.

"When I talk to [black] clients and see all their money going toward tangible assets, I understand how hard they have worked for that money — and how easy it is to want to reward yourself with things — because I know what it's like to have to work twice as hard to earn my money, too," she said.

When she shares her own experience, Castleman added, "they can hear how important it is to pay yourself first, better than they can hear 'put $50 away in a mutual fund.' "

## Compounding: The startling facts

If you want to build a big pile of money, nothing beats starting right now. That's because of the power of compounding: Every time your investments earn money, that money itself starts making more money. Say you invest $2,000 a year for the first eight years of a 40-year period and make no more investments. You will earn more, while investing less, than someone who starts late, investing $2,000 annually from the ninth year through the 40th year. This is what happens, assuming 10% compounded annual return:




Source: Standard & Poor's Guide to Retirement Planning

TOM KELLEY/ Staff


Castleman


Smith


Irons

African-Americans wield a collective buying power of more than $300 billion, an amount that rivals the gross national product of some countries.

But that's not wealth. "The reality is that with all that purchasing power we really don't own anything that's working for us," explained Ronald Smith, an account executive for investments at Dean Witter.

"We have less than 1 percent of the [available] stocks and bonds in the United States. Yet, we make up 12.5 percent to 13 percent of the population. There's a huge disparity between what we have, what we make and what we do with our money."

### Getting relatively poorer

A 1994 study by Miami-based Market Segment Research & Consulting helps complete the picture. The study shows that the vast majority of African-Americans considered financial security very important, but were less likely to have various financial accounts. For example, only 53 percent of African-Americans surveyed had savings accounts.

Some experts suggest that this multibillion-dollar buying power may not translate into enough discretionary income to make saving and investing possible for the majority. The median income of African-American families, for example, continues to be significantly less than that of white families, said Edward Irons, dean of Clark Atlanta's business school.

"Until people have enough money individually to exceed the basic cost of living, the $300 billion doesn't mean much collectively," said Irons.

### Financial security valued

When compared with white families, the nation's black families have lost economic ground in the 25 years since the peak of the civil rights era, according to a recent U.S. Census Bureau report. The median income for black families in 1993 was $21,550, compared with $39,310 for whites. That means black families earned just 55 percent of what white families did. In 1969, the black-to-white ratio was 61 percent.

"Let's get real about this," suggested Julianne Malveaux, a Washington-based economist, radio personality and syndicated columnist. "Let's look at this money and talk about how most of it is used for basic expenses."

That's not the only thing. Conspicuous consumption also contributes heavily to the lack of funds available for building wealth, some experts say.

"You're talking about a race of people who barely save 4 percent of what they earn," said Dennis Kimbro, a Clark Atlanta University professor and author. That is in line with the national savings average. But Kimbro also described African-Americans as among "the biggest spenders in the world."

For example, Kimbro said, African-Americans are eight times as likely to own a BMW. Black males ages 13-24 buy one out of five shoes made by Nike, he said.

### The problem of debt

Lack of savings and overspending on the trappings of success — clothes, luxury cars and other items — has helped turn African-Americans into a "debtor nation," says George Fraser, author of the best-selling "Success Runs in Our Race: The Complete Guide to Effective Networking."

"I think a lot of it comes from hundreds of years of not having —and seeing those as symbols of success," explained Fraser. "They give us a sense that we've made it."

But financial education brings change.

Melody Horne, for example, got her act together after a financial planning workshop and additional expert advice. She bought her first home within months of the seminar.

"Until then, I was loosely spending money," said the 25-year-old intern architect. "Now savings are much more important to me."

However, Margaret Simms of the Joint Center questions the consumption-oriented reputation of African-Americans, adding, "I'm not sure how much support there is for that theory."

Whatever the case, Starks certainly admits her shoe follies and has avoided buying shoes for a record seven months.

"It's been killing me, but I've been praying about it," she said. "I have to. It's a habit."




Copyright © 2025 Newspapers.com. All Rights Reserved.