UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes

DATE: November 13, 2025
JUDGE: Pamela Pepper
CASE NO: 2023-cr-113
CASE NAME: United States of America v. Markita Barnes
NATURE OF HEARING: Trial
APPEARANCES: Kate Biebel – Attorney for the government
Julie Stewart – Attorney for the government
Jill Dring – Case Agent
Nicole Masnica – Attorney for the defendant
Jason Luczak – Attorney for the defendant
Markita Barnes – Defendant
COURTROOM DEPUTY: Justin Dreikosen
COURT REPORTER: Thomas Malkiewicz
TIME: 8:20 a.m. – 3:01 p.m.
HEARING: November 14, 2025 at 8:15 a.m. (Jury Trial, Day 4)

| START: | Morning break: | Lunch break: | Afternoon recess: | End of Day: |
|---|---|---|---|---|
| 8:20 a.m. | 10:11 a.m. – 10:25 a.m. | 11:47 a.m. – 12:50 p.m. | 2:37 p.m. – 2:45 p.m. | 3:01 p.m. |

Outside the presence of the jury, the court addressed the government's proposed curative instruction relating to the cross-examination of witness O'Sullivan. Defense counsel argued that a curative instruction was not necessary. The court opined that the jury had reason to be confused about whether there was a *de minimis* exception to the anti-kickback statute and stated it would give a modified version of the government's proposed curative instruction. Defense counsel asked the court to include a reference to the civil statute (which does have a *de minimis* exception and was the basis for the defense line of questioning).

The court admonished the defendant for her late arrival to court and told her that it expected her to appear for court on time.

The court convened the jury and issued a curative instruction regarding the fact that the criminal, federal anti-kickback statute has no *de minimis* exception.

The government resumed direct examination of witness Kimberly Bevers. Defense counsel cross-examined the witness. Through this witness, the defendant moved to admit, and the court admitted without objection, **Exhibit 1001**.

1

The court took a morning recess from 10:11 a.m. to 10:25 a.m.

After the break, defense counsel resumed cross-examination of the witness. The government conducted re-direct examination of the witness.

The government called witness Armonee Edwards. Defense counsel cross-examined the witness.

The gov't called witness Laura Romero.

The court broke for lunch from 11:47a.m. to 12:50p.m.

After lunch, defense counsel cross-examined the witness. The government conducted re-direct examination of the witness.

The government called witness Tiffany Burks. Through this witness, the government moved to admit, and the court admitted without objection, **Exhibit 628**. Defense counsel cross-examined the witness.

The government called witness Sh'Cora Moore.

At 2:55 p.m. the government concluded its direct examination of the witness. The court excused the jury for the day with instructions to reconvene the following morning at 8:15 a.m. The court told the jury that the trial was moving more slowly than expected, and that it would like them to consider whether, starting Monday, November 17th, starting at 9:00 a.m. and finishing between 5:00 and 5:30 every day would work a hardship on anyone.

Outside the presence of the jury, the government provided its anticipated lineup of witnesses for Friday, November 14. Defense counsel enquired as to when the government might conclude its case-in-chief so that the defendant could prepare her witnesses. The government represented that its current best estimate was that it would conclude on Tuesday, November 18th. Defense counsel represented that it anticipated presenting three to four witnesses, although it could not make a definitive representation until it had heard all the government witnesses.

The court stood in recess at 3:01 p.m.